BESSIE W. KELLOGG v. THE GAY MANUFACTURING COMPANY.

*Practice—Premature Appeal.*

An appeal from a motion to dismiss an action is premature and will not
be entertained.

MOTION to dismiss an action for want of service of summons, heard before *Brown, J.,* at Fall Term, 1891, of GATES Superior Court.

Motion refused, and defendant appealed.

*Messrs. Pruden & Vann,* for plaintiff.
*Mr. L. L. Smith,* for defendant (appellant).

PER CURIAM: This is an appeal from the refusal of a motion to dismiss an action. The appeal is premature, and cannot be entertained. *Mullen* v. *Canal Company,* at this Term.                                Appeal Dismissed.